NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

FILED / ENTERED
OCT 24 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-MJ-00100-WGC |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY EXAMINATION** |
| v. | |
| MARVIN TRUSS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and LAUREN GORMAN, Assistant Federal Public Defender, counsel for MARVIN TRUSS, that the preliminary examination under Fed. R. Crim. P. 5.1 currently set for October 30, 2019, at 3:00 p.m., be continued until October 31, 2019 at 3 p.m. Through

///

1  counsel, defendant waives the preliminary examination pursuant to Fed. R. Crim. P.
2  5.1(a)(1) until October 31, 2019, at 3:00 p.m.
3
4      DATED this 24th day of October, 2019.
5
6  NICHOLAS A. TRUTANICH
   United States Attorney
7

8  _/s/ Megan Rachow_          _/s/ Lauren Gorman_
   MEGAN RACHOW                LAUREN GORMAN
9  Assistant United States Attorney   Assistant Federal Public Defender
                                       Counsel for Defendant Truss
10
11
12
13
                               IT IS SO ORDERED.
14
15
16                             _____
                               CARLA BALDWIN CARRY
17                             UNITED STATES MAGISTRATE JUDGE

18                             DATED: 10/24/2019
19
20
21
22
23
24